**STIP**
J. CHIP SIEGEL, CHTD.
Jay L. Siegel, Esq.
Nevada State Bar No. 4748
601 South 7th Street
Las Vegas, Nevada 89101
(702) 387-2447

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>STEVE HERNANDEZ,<br><br>Defendant. | ) | 2:26-mj-00370-NJK<br><br>**STIPULATION AND ORDER TO CLOSE CASE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JAY L. SIEGEL, attorney for Defendant, STEVE HERNANDEZ, and JOSEPH SCISCENTO, Assistant United States Attorney, attorney for Plaintiff, UNITED STATES OF AMERICA, that the status conference scheduled for November 5, 2026, be vacated and this matter closed

This Stipulation is entered into for the following reasons:

1. Counsel has provided the Government with proof he has completed all requirements
2. The Government has confirmed he has not violated any conditions imposed by the Court.

DATED this 27TH day of OCTOBER . 2026

/

By ______________________
JAY L. SIEGEL
Counsel for STEVE HERNANDEZ
601 South 7th Street
Las Vegas, Nevada 89101
Attorney for Defendant

By ___Joseph Sciscento /s/
JOSEPH SCISCENTO
Assistant U.S. Attorney
501 Las Vegas Blvd South, Suite 1100
Las Vegas, Nevada 89101
Attorney for Plaintiff

**ORDER**

IT IS THEREFORE ORDERED that the status hearing is vacated, and the Court closes the case.

DATED: October 27, 2026

______________________________
UNITED STATES MAGISTRATE JUDGE